UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America
(Rural Development),
    Plaintiff,
    V.
Luis Regino Rivera Matias, et al.,
    Defendants.

CASE NUMBER: 97-1831 (HL)

## MOTION

Date Filed: 11/2/00    Docket # 13    [x] Plffs  [] Defts
Title: Motion for Leave to Continue with Foreclosure
Opp'n Filed:    Docket #

## ORDER

Plaintiff is hereby authorized to continue executing the judgment in this case in accordance with the Order for Execution of Judgment, Dkt. No. 7.

Date 11-6-00    HECTOR M. LAFFITTE
    Chief U.S. District Judge