## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>Plaintiff<br><br>V.<br><br>LUIS REGINO RIVERA MATIAS A/K/A<br>LUIS R. RIVERA MATIAS A/KA LUIS<br>RIVERA MATIAS, TAMAR EMOE<br>GONZALEZ MORALES, A/K/A TAMAR E.<br>GONZALEZ MORALES, JOSE ANTONIO<br>GONZALEZ PEREZ A/K/A JOSE A.<br>GONZALEZ PEREZ, ROSA MARIA<br>MORALES RIVERA, A/K/A ROSA MA.<br>MORALES RIVERA<br><br>Defendants | * * * * * * * * * * * * * * * * * * * | CIVIL NO. 97-1831 (HL)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>FORECLOSURE OF<br>MORTGAGE |

### *ORDER FOR EVICTION*

Upon motion filed by Ray A. Martínez-Torres herein, and it appearing from the records of this Court that the public sale of the mortgaged property was adjudicated to Mr. Ray A. Martínez-Torres, and that the defendants and/or present occupants are still occupying the property and have refused to surrender the same to Mr. Ray A. Martínez-Torres.

**NOW, THEREFORE**, the Court hereby orders the United States Marshal for this District to proceed forthwith and to evict the defendants and/or present occupants from the property referred to in said judgment and described herein below in the manner and form provided in said judgment and as herein further provided:




-2-

**"RUSTICA":** Solar marcado en el plano de inscripción con el #19 de la Urbanización Alturas de Librada II, con una cabida superficial de 365.855 metros cuadrados, radicado en el Barrio Carreras del término municipal de Añasco, en lindes por el Norte, con solar #18; por el Sur, con Carlos González; por el Este, con solar #15; por el Oeste, con Calle D. Enclava casa para vivienda.

**SO ORDERED** in San Juan, Puerto Rico, this 1?ᵗ day of June 2001.

_____
UNITED STATES DISTRICT JUDGE