UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America
(Rural Development),
    Plaintiff,
    V.
Luis Regino Rivera Matias, et al.,
    Defendants.

CASE NUMBER: 97-1831 (HL)

## MOTION

Date Filed: 6/25/01   Docket # 22   [x] Plffs  [] Defts
Title: Motion for Withdrawal of Funds
Opp'n Filed:   Docket #

## ORDER

The Clerk of the Court shall issue to the United States Department of Justice a check in the amount of $45,930.78.

Date 7/11/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

Finance
7/12/01



(23)